*Wednesday, December 5, 2001*

## MERIT DOCKET

**01–1698.   State ex rel. McMullen v. Bettis.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1749.   State ex rel. West v. Eighth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1838.   Caudill v. State.**
In Procedendo. On motion to dismiss of Judge Joseph Niemeyer. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1885.   State ex rel. White v. Jones.**
In Mandamus. On answer of respondent Kevin E. Jones and motion to compel respondent to provide relator with copy of six-month trust account statement.
On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1894.   Manderbach v. Leonard.**
In Habeas Corpus. On petition for writ of habeas corpus of Douglas R. Manderbach. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1932.   Wells v. Bagley.**
In Habeas Corpus. On petition for writ of habeas corpus of John E. Wells, Sr. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–1947.   Inge v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of Ivry Preston Inge. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION DOCKET

**98–1970.   State v. Tibbetts.**
Hamilton C.P. No. B9708596. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.

**01–871.   State v. Ahmed.**
Belmont C.P. No. 99CR192. On motion to withdraw as counsel and *pro se* motion to strike the motion to withdraw as counsel. Motion to withdraw granted and motion to strike denied.
COOK, J., dissents.

**01–1057.   State v. Campbell.**
Franklin C.P. No. 97CR042020. On motion to modify the record with the record attached. Motion denied.